Ross CASE, Appellant,

v.

DAVID SHERMAN CORP.,
et al., Respondent.

No. ED 79171.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2001.

Faiq M. Mihlar, Dean Christianson, Schuchat, Cook & Werner, St. Louis, MO, for Appellant.

Todd D. Hilliker, Holtkamp, Liese, Childress & Schultz, P.C., St. Louis, MO, for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR. and CLIFFORD H. AHRENS, JJ.

ORDER

PER CURIAM.

Appellant, Ross Case, appeals from the final award of the Labor and Industrial Relations Commission denying his compensation. We Affirm.

We have reviewed the briefs of the parties and the record on appeal, and find the judgment is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).